IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VANCE HERNANDEZ-SMITH,

    Plaintiff,

  v.

C. O'DONNELL, C. BUESGEN,
M. CANZIANI, J. KUBALA,
and J. WILLIAMS,

    Defendants.

Case No. 20-cv-1117-jdp

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 1/6/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |